ALAN B. YUTER (SBN 101534)
ayuter@selmanlaw.com
NATHANIEL S.G. BRAUN (SBN 269087)
nbraun@selmanlaw.com
MICHAEL B. GELFOUND (SBN 297413)
mgelfound@selmanlaw.com
SELMAN BREITMAN LLP
11766 Wilshire Blvd., Sixth Floor
Los Angeles, CA 90025-6538
Telephone: 310.445.0800
Facsimile: 310.473.2525

Attorney for
NAUTILUS INSURANCE COMPANY

FILED
AUG 28 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> LA NUEVA ESTRELLA, LLC; JENNIFER JUDITH RIVERA NUNEZ, by and through her Guardian ad Litem Diafra Rivera Cruz; IMELDA RAMIREZ CARRILLO; MARIA LILIA RAMIREZ CARRILLO, individually and as Guardian ad Litem for ANAYELI PEREZ RAMIREZ and LUIS ANGEL PEREZ RAMIREZ, minors; ADELINA CAMPOS DE MORALES, individually and on behalf of the Estate of Jose Morales Campos, deceased; JOSE MORALES CAMPOS (son of decedent Jose Morales Campos); EVA MARIE TAMAYO; ANA I. LEYVA; FERNANDO MORALES CAMPOS; VICTOR ARTEAGA; VICTOR HERNANDEZ SANTOS; GIOVANNA VAZQUEZ MARTINEZ; CARMELO GONZALEZ SANCHEZ; FLORINA LOPEZ DE RUIZ; and MARIA CONSUELO OLIVARES OCHOA, | Case No. 1:18-CV-00206-LJO-EPG <br><br> **JOINT STIPULATION FOR PLAINTIFF NAUTILUS INSURANCE COMPANY TO FILE ITS FIRST AMENDED COMPLAINT; ORDER THEREON** |

Defendants.

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that Plaintiff Nautilus Insurance Company ("Nautilus"), by and through its attorneys of record Selman Breitman, LLP, Defendant La Nueva Estrella, LLC, by and through their attorneys of record Arthofer & Tonkin, Defendant Jennifer Judith Rivera Nunez, by and through her Guardian ad Litem Diafra Rivera Cruz, by and through her attorney of record the Law Offices of Jake D. Finkel, APC, Defendants Imelda Ramirez Carrillo, Maria Lilia Ramirez Carrillo, Anayeli Perez Ramirez, and Luis Angel Perez Ramirez (on behalf of Fernando Ramirez, deceased, and Petra Carrillo, deceased), by and through their attorneys of record Perez, Williams, Medina & Rodriguez, LLP, Defendants Adelina Campos de Morales, individually and on behalf of the Estate of Jose Morales Bravo, Jose Morales Campos, Eva Marie Tamayo, Ana I. Leyva, and Fernando Morales Campos (on behalf of Jose Morales Bravo, deceased), by and through their attorney of record Shane Law, Defendants Victor Arteaga, Victor Hernandez Santos, Giovanna Vazquez Martinez, Carmelo Gonzales Sanchez, Florina Lopez de Ruiz, and Maria Consuelo Olivares Ochoa, by and through their attorneys of record Law Offices of Brown & Gessell, (all parties are collectively, the "Parties"), hereby enter into the following stipulation for Nautilus to file a First Amended Complaint.

**RECITALS:**

**WHEREAS** Defendant Jennifer Judith Rivera Nunez, by and through her Guardian ad Litem Diafra Rivera Cruz, filed a Complaint on August 22, 2016 in Merced Superior Court, Case No. 16CV-02493, styled *Rivera v. Autobuses Coordinados U.S.A., Inc., et. al.*

**WHEREAS** Defendants Imelda Ramirez Carrillo, Maria Lilia Ramirez Carrillo, Anayeli Perez Ramirez and Luis Angel Perez Ramirez (on behalf of Fernando Ramirez, deceased and Petra Carrillo, deceased), filed a Complaint on September 1, 2016 in Merced Superior Court, Case No. 16CV-02569, styled *Carrillo, et al. v. Vasquez, et al.* Defendants also filed a separate action in Merced Superior Court, Case No. 18CV-03019.

**WHEREAS** Defendants Adelina Campos de Morales, individually and on behalf of the Estate of Jose Morales Bravo, Jose Morales Campos, Eva Marie Tamayo, Ana I. Leyva, and Fernando Morales Compos (on behalf of Jose Morales Bravo, deceased), filed a Complaint on September 23, 2016 in Merced Superior Court, Case No. 16CV-02876, styled *Campos v. Autobuses*.

**WHEREAS** Defendants Victor Arteaga, Victor Hernandez Santos, Giovanna Vazquez Martinez, Carmelo Gonzalez Sanchez, Florina Lopez de Ruiz, and Maria Consuelo Olivares Ochoa, filed a Complaint on October 27, 2016 in Merced Superior Court, Case No. 16CV-03274, styled *Artega, et al. v. Vasquez et al.*

**WHEREAS** Nautilus filed a Complaint on February 8, 2018 in United States District Court, Eastern District of California – Fresno Division, Case No. 1:18-CV-00206-LJO-EPG, styled *Nautilus Insurance Company v. La Nueva Estrella, LLC, et al.*

**WHEREAS** all counsel of record met and conferred on August 7, 2018, pursuant to Federal Rules of Civil Procedure, Rule 26(f). On said date, all parties agreed that Nautilus may file a First Amended Complaint to add certain parties involved in the underlying actions. The proposed First Amended Complaint is attached to this stipulation as Exhibit A.

**WHEREAS** the parties agree to continue the initial scheduling conference from August 29, 2018 at 10:30 a.m. to October 22, 2018 at 9:30 a.m.

**STIPULATION:**

Based on the foregoing recitals, the Parties, by and through their respective attorneys of record, hereby stipulate that Nautilus may file a First Amended Complaint in this action, and request that the Court continue the initial scheduling conference in this matter to October 22, 2018, at 9:30 a.m.

| | | |
|---|---|---|
| DATED: August 28, 2018 | | NATHANIEL S.G. BRAUN<br>SELMAN BREITMAN LLP |

By: */s/ — Nathaniel Braun*
_____
NATHANIEL S.G. BRAUN
Attorney for NAUTILUS INSURANCE COMPANY

DATED: August 28, 2018

KENNETH B. ARTHOFER
ARTHOFER & TONKIN LAW OFFICES

By: */s/ — Kenneth Arthofer*
_____
KENNETH B. ARTHOFER
Attorney for LA NUEVA ESTRELLA, LLC

DATED: August __, 2018

JAKE D. FINKEL
LAW OFFICES OF JAKE D. FINKEL, APC

By: _____
JAKE D. FINKEL
Attorney for JENNIFER JUDITH RIVERA NUNEZ, by and through her Guardian ad Litem Diafra Rivera Cruz

| | | |
|---|---|---|
| DATED: August __, 2018 | | ANTONIO RODRIGUEZ, JR.<br>PEREZ WILLIAMS MEDINA RODRIGUEZ, LLP |

By: _____
ANTONIO RODRIGUEZ, JR.
Attorney for IMELDA RAMIREZ CARRILLO, MARIA LILIA RAMIREZ CARRILLO, ANAYELI PEREZ RAMIREZ, LUIS ANGEL PEREZ RAMIREZ (on behalf of Fernando Ramirez, deceased, and Petra Carrillo, deceased)

DATED: August 28, 2018

DAVID R. SHANE
SHANE LAW

*/s/ – David Shane*
By: _____
DAVID R. SHANE
Attorney for ADELINA CAMPOS DE MORALES, individual and on behalf of the estate of Jose Morales Bravo, JOSE MORALES CAMPOS, EVA MARIE TAMAYO, ANA I. LEYVA, and FERNANDO MORALES CAMPOS (on behalf of Jose Morales Bravo, deceased)

DATED: August __, 2018  DOUGLAS A. GESSELL
LAW OFFICES OF BROWN & GESSELL

By: _____
DOUGLAS A. GESSELL
Attorney for VICTOR ARTEAGA, VICTOR
HERNANDEZ SANTOS, GIOVANNA
VAZQUEZ MARTINEZ, CARMELO
GONZALES SANCHEZ, FLORINA LOPEZ
DE RUIZ, and MARIA CONSUELO
OLIVARES OCHOA

I attest that all electronic signatories listed above, and on whose behalf this stipulation is submitted, concur in the stipulation's content and have authorized the filing of this stipulation.

DATED: August 28, 2018  SELMAN BREITMAN LLP

*/s/ – Nathaniel Braun*
By: _____
ALAN B. YUTER
NATHANIEL S.G. BRAUN
MICHAEL B. GELFOUND
Attorneys for Plaintiff NAUTILUS
INSURANCE COMPANY

| | | |
|---|---|---|
| 1 | DATED: August __, 2018 | NATHANIEL S.G. BRAUN |
| 2 | | SELMAN BREITMAN LLP |
| 3 | | |
| 4 | | |
| 5 | | By: _____ |
| | | NATHANIEL S.G. BRAUN |
| 6 | | Attorney for NAUTILUS INSURANCE COMPANY |
| 7 | | |
| 8 | DATED: August __, 2018 | KENNETH B. ARTHOFER |
| | | ARTHOFER & TONKIN LAW OFFICES |
| 9 | | |
| 10 | | |
| 11 | | By: _____ |
| | | KENNETH B. ARTHOFER |
| 12 | | Attorney for LA NUEVA ESTRELLA, LLC |
| 13 | | |
| 14 | DATED: August 27, 2018 | JAKE D. FINKEL |
| 15 | | LAW OFFICES OF JAKE D. FINKEL, APC |
| 16 | | |
| 17 | | By: /s/ Jake Finkel |
| 18 | | JAKE D. FINKEL |
| | | Attorney for JENNIFER JUDITH RIVERA |
| 19 | | NUNEZ, by and through her Guardian ad Litem Diafra Rivera Cruz |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

793521.1 3892.42551

DATED: August 24, 2018

ANTONIO RODRIGUEZ, JR.
PEREZ WILLIAMS MEDINA RODRIGUEZ, LLP

By: _____
ANTONIO RODRIGUEZ, JR.
Attorney for IMELDA RAMIREZ CARRILLO, MARIA LILIA RAMIREZ CARRILLO, ANAYELI PEREZ RAMIREZ, LUIS ANGEL PEREZ RAMIREZ (on behalf of Fernando Ramirez, deceased, and Petra Carrillo, deceased)

DATED: August ___, 2018

DAVID R. SHANE
SHANE LAW

By: _____
DAVID R. SHANE
Attorney for ADELINA CAMPOS DE MORALES, individual and on behalf of the estate of Jose Morales Bravo, JOSE MORALES CAMPOS, EVA MARIE TAMAYO, ANA L. LEYVA, and FERNANDO MORALES CAMPOS (on behalf of Jose Morales Bravo, deceased)

DATED: August ___, 2018

DOUGLAS A. GESSELL
LAW OFFICES OF BROWN & GESSELL

By: _____
DOUGLAS A. GESSELL
Attorney for VICTOR ARTEAGA, VICTOR HERNANDEZ SANTOS, GIOVANNA VAZQUEZ MARTINEZ, CARMELO GONZALES SANCHEZ, FLORINA LOPEZ DE RUIZ, and MARIA CONSUELO OLIVARES OCHOA

DATED: August __, 2018

ANTONIO RODRIGUEZ, JR.
PEREZ WILLIAMS MEDINA RODRIGUEZ, LLP

By: _____
ANTONIO RODRIGUEZ, JR.
Attorney for IMELDA RAMIREZ CARRILLO, MARIA LILIA RAMIREZ CARRILLO, individually and as Guardian ad Litem for ANAYELI PEREZ RAMIREZ and LUIS ANGEL PEREZ RAMIREZ, minors (Fernando Ramirez, deceased, and Petra Carrillo, deceased)

DATED: August __, 2018

DAVID R. SHANE
SHANE LAW

By: _____
DAVID R. SHANE
Attorney for ADELINA CAMPOS DE MORALES, JOSE MORALES CAMPOS, EVA MARIE TAMAYO, ANA I. LEYVA, and FERNANDO MORALES CAMPOS (on behalf of Jose Morales Bravo, deceased)

DATED: August 27, 2018

DOUGLAS A. GESSELL
LAW OFFICES OF BROWN & GESSELL

By: _____
ALAN D. YUTER Douglas Gessell
Attorney for VICTOR ARTEAGA, VICTOR HERNANDEZ SANTOS, GIOVANNA VAZQUEZ MARTINEZ, CARMELO GONZALES SANCHEZ, FLORINA LOPEZ DE RUIZ, and MARIA CONSUELO OLIVARES OCHOA

5

793521.1 3892.42551

# ORDER

Having considered the stipulation of all the parties to this action, the Court finds that good cause exists to approve the stipulation and that Nautilus is granted leave to file its proposed First Amended Complaint in this action, with said complaint to be filed within seven (7) days of service of this order.

The initial scheduling conference is continued from August 29, 2018 at 10:30 a.m. to October 22, 2018 at 9:30 a.m. The Court grants telephonic appearances, with each party directed to use the following dial-in number and passcode: **1-888-251-2909; passcode 1024453**. The parties are to file a joint scheduling report one full week prior to the conference and email a copy of same, in Word format, to epgorders@caed.uscourts.gov, for the Judge's review.

IT IS SO ORDERED.

DATED: 8/28/2018

ERICA P. GROSJEAN
UNITED STATES MAGISTRATE JUDGE