ALAN B. YUTER (SBN 101534)
ayuter@selmanlaw.com
NATHANIEL S.G. BRAUN (SBN 269087)
nbraun@selmanlaw.com
MICHAEL B. GELFOUND (SBN 297413)
mgelfound@selmanlaw.com
SELMAN BREITMAN LLP
11766 Wilshire Blvd., Sixth Floor
Los Angeles, CA 90025-6538
Telephone: 310.445.0800
Facsimile: 310.473.2525

Attorney for
NAUTILUS INSURANCE COMPANY

**FILED**
OCT 18 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY, <br><br>Plaintiff, <br><br>v. <br><br>LA NUEVA ESTRELLA, LLC; JENNIFER JUDITH RIVERA NUNEZ, by and through her Guardian ad Litem Diafra Rivera Cruz; IMELDA RAMIREZ CARRILLO; MARIA LILIA RAMIREZ CARRILLO, individually and as Guardian ad Litem for ANAYELI PEREZ RAMIREZ and LUIS ANGEL PEREZ RAMIREZ, minors; ADELINA CAMPOS DE MORALES, individually and on behalf of the Estate of Jose Morales Campos, deceased; JOSE MORALES CAMPOS (son of decedent Jose Morales Campos); EVA MARIE TAMAYO; ANA I. LEYVA; FERNANDO MORALES CAMPOS; VICTOR ARTEAGA; VICTOR HERNANDEZ SANTOS; GIOVANNA VAZQUEZ MARTINEZ; CARMELO GONZALEZ SANCHEZ; FLORINA LOPEZ DE RUIZ; and MARIA CONSUELO OLIVARES OCHOA, | Case No. 1:18-CV-00206-LJO-EPG <br><br>**JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE** |

1 | Defendants.

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Nautilus Insurance Company ("Nautilus"), by and through its attorneys of record Selman Breitman, LLP, Defendant La Nueva Estrella, LLC, by and through their attorneys of record Arthofer & Tonkin, Defendant Jennifer Judith Rivera Nunez, by and through her Guardian ad Litem Diafra Rivera Cruz, by and through her attorney of record the Law Offices of Jake D. Finkel, APC, Defendants Imelda Ramirez Carrillo, Maria Lilia Ramirez Carrillo, Anayeli Perez Ramirez, and Luis Angel Perez Ramirez (on behalf of Fernando Ramirez, deceased, and Petra Carrillo, deceased), by and through their attorneys of record Perez, Williams, Medina & Rodriguez, LLP, Defendants Adelina Campos de Morales, individually and on behalf of the Estate of Jose Morales Bravo, Jose Morales Campos, Eva Marie Tamayo, Ana I. Leyva, and Fernando Morales Campos (on behalf of Jose Morales Bravo, deceased), by and through their attorney of record Shane Law, Defendants Victor Arteaga, Victor Hernandez Santos, Giovanna Vazquez Martinez, Carmelo Gonzales Sanchez, Florina Lopez de Ruiz, and Maria Consuelo Olivares Ochoa, by and through their attorneys of record Law Offices of Brown & Gessell, (all parties are collectively, the "Parties"), hereby enter into the following stipulation to continue the Initial Scheduling Conference in this matter presently set for October 22, 2018.

**RECITALS:**

**WHEREAS** Defendant Jennifer Judith Rivera Nunez, by and through her Guardian ad Litem Diafra Rivera Cruz, filed a Complaint on August 22, 2016 in Merced Superior Court, Case No. 16CV-02493, styled *Rivera v. Autobuses Coordinados U.S.A., Inc., et. al.*

**WHEREAS** Defendants Imelda Ramirez Carrillo, Maria Lilia Ramirez Carrillo, Anayeli Perez Ramirez and Luis Angel Perez Ramirez (on behalf of Fernando Ramirez, deceased and Petra Carrillo, deceased), filed a Complaint on September 1, 2016 in Merced Superior Court, Case No. 16CV-02569, styled *Carrillo, et al. v. Vasquez, et al.* Defendants also filed a separate

799467.1 3892.42551

action in Merced Superior Court, Case No. 18CV-03019.

**WHEREAS** Defendants Adelina Campos de Morales, individually and on behalf of the Estate of Jose Morales Bravo, Jose Morales Campos, Eva Marie Tamayo, Ana I. Leyva, and Fernando Morales Compos (on behalf of Jose Morales Bravo, deceased), filed a Complaint on September 23, 2016 in Merced Superior Court, Case No. 16CV-02876, styled *Campos v. Autobuses*.

**WHEREAS** Defendants Victor Arteaga, Victor Hernandez Santos, Giovanna Vazquez Martinez, Carmelo Gonzalez Sanchez, Florina Lopez de Ruiz, and Maria Consuelo Olivares Ochoa, filed a Complaint on October 27, 2016 in Merced Superior Court, Case No. 16CV-03274, styled *Artega, et al. v. Vasquez et al.*

**WHEREAS** Nautilus filed a Complaint on February 8, 2018 in United States District Court, Eastern District of California – Fresno Division, Case No. 1:18-CV-00206-LJO-EPG, styled *Nautilus Insurance Company v. La Nueva Estrella, LLC, et al.*

**WHEREAS** there is a mediation in the Underlying Action set for November 6, 2018, at which all parties will be present and may resolve this matter.

**WHEREAS** the parties agree to continue the initial scheduling conference from October 22, 2018 at 9:30 a.m. to January 10, 2019 at 10:30 a.m.

**STIPULATION:**

Based on the foregoing recitals, the Parties, by and through their respective attorneys of record, hereby stipulate and request that the Court continue the initial scheduling conference in this matter to January 10, 2019, at 10:30 a.m.

799467.1 3892.42551

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: October 17, 2018 | NATHANIEL S.G. BRAUN<br>SELMAN BREITMAN LLP |
| 3 | | |
| 4 | | /s/ -- *Nathaniel Braun* |
| 5 | | By:_____<br>NATHANIEL S.G. BRAUN<br>Attorney for NAUTILUS INSURANCE |
| 6 | | COMPANY |
| 7 | | |
| 8 | | |
| 9 | DATED: October 17, 2018 | KENNETH B. ARTHOFER<br>ARTHOFER & TONKIN LAW OFFICES |
| 10 | | |
| 11 | | |
| 12 | | /s/ -- *Kenneth Arthofer*<br>By: _____ |
| 13 | | KENNETH B. ARTHOFER<br>Attorney for LA NUEVA ESTRELLA, LLC |
| 14 | | |
| 15 | DATED: October 17, 2018 | JAKE D. FINKEL<br>LAW OFFICES OF JAKE D. FINKEL, APC |
| 16 | | |
| 17 | | |
| 18 | | /s/ -- *Jake Finkel*<br>By: _____ |
| 19 | | JAKE D. FINKEL<br>Attorney for JENNIFER JUDITH RIVERA |
| 20 | | NUNEZ, by and through her Guardian ad Litem<br>Diafra Rivera Cruz |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

4
JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE

| | | |
|---|---|---|
| 1 | DATED: October 17, 2018 | ANTONIO RODRIGUEZ, JR. |
| 2 | | PEREZ WILLIAMS MEDINA RODRIGUEZ, LLP |

        By: ___/s/ -- *Antonio Rodriguez Jr.*___
            ANTONIO RODRIGUEZ, JR.
            Attorney for IMELDA RAMIREZ CARRILLO, MARIA LILIA RAMIREZ CARRILLO, ANAYELI PEREZ RAMIREZ, LUIS ANGEL PEREZ RAMIREZ (on behalf of Fernando Ramirez, deceased, and Petra Carrillo, deceased)

DATED: October 17, 2018                DAVID R. SHANE
                                       SHANE LAW

        By: ___/s/ -- *David Shane*___
            DAVID R. SHANE
            Attorney for ADELINA CAMPOS DE MORALES, individual and on behalf of the estate of Jose Morales Bravo, JOSE MORALES CAMPOS, EVA MARIE TAMAYO, ANA I. LEYVA, and FERNANDO MORALES CAMPOS (on behalf of Jose Morales Bravo, deceased)

| | | |
|---|---|---|
| 1 | DATED: October 17, 2018 | DOUGLAS A. GESSELL |
| 2 | | LAW OFFICES OF BROWN & GESSELL |
| 3 | | |
| 4 | | */s/ -- Douglas A. Gessell* |
| 5 | | By: _____ |
| | | DOUGLAS A. GESSELL |
| 6 | | Attorney for VICTOR ARTEAGA, VICTOR HERNANDEZ SANTOS, GIOVANNA |
| 7 | | VAZQUEZ MARTINEZ, CARMELO GONZALES SANCHEZ, FLORINA LOPEZ |
| 8 | | DE RUIZ, and MARIA CONSUELO OLIVARES OCHOA |

I attest that all electronic signatories listed above, and on whose behalf this stipulation is submitted, concur in the stipulation's content and have authorized the filing of this stipulation.

DATED: October 17, 2018                SELMAN BREITMAN LLP

                                       */s/ -- Nathaniel Braun*
                                    By: _____
                                       ALAN B. YUTER
                                       NATHANIEL S.G. BRAUN
                                       MICHAEL B. GELFOUND
                                       Attorneys for Plaintiff NAUTILUS
                                       INSURANCE COMPANY

799467.1 3892.42551

## [PROPOSED] ORDER

Having considered the stipulation of all the parties to this action, the Court finds that good cause exists to approve the stipulation and that the Initial Scheduling Conference in this matter be set for January 10, 2019 at 10:30 a.m.

**IT IS SO ORDERED**

DATED: Oct. 18, 2018

JUDGE OF THE U.S. DISTRICT COURT

799467.1 3892.42551