# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>LA NUEVA ESTRELLA LLC, *et al.*,<br><br>Defendants. | Case No. 1:18-cv-00206-LJO-EPG<br><br>ORDER RE: STIPULATED REQUEST FOR DISMISSAL OF CERTAIN DEFENDANTS AND NOTICE OF VOLUNTARY DISMISSAL OF REMAINING DEFENDANTS<br><br>(ECF Nos. 32, 33) |

On April 2, 2019, Plaintiff Nautilus Insurance Company, by and through its attorneys of record Selman Breitman, LLP, and the following Defendants, filed a stipulation to dismiss the entire action:

- La Nueva Estrella, LLC, by and through their attorneys of record Arthofer & Tonkin;
- Jennifer Judith Rivera Nunez, by and through her Guardian ad Litem Diafra Rivera Cruz, by and through her attorney of record the Law Offices of Jake D. Finkel, APC;
- Imelda Ramirez Carrillo, Maria Lilia Ramirez Carrillo, Anayeli Perez Ramirez, and Luis Angel Perez Ramirez (on behalf of Fernando Ramirez, deceased, and Petra Carrillo, deceased), by and through their attorneys of record Perez, Williams, Medina & Rodriguez, LLP;
- Adelina Campos de Morales, individually and on behalf of the Estate of Jose Morales

Bravo, Jose Morales Campos, Eva Marie Tamayo, Ana I. Leyva, and Fernando Morales Campos (on behalf of Jose Morales Bravo, deceased), by and through their attorney of record Shane Law; and

- Victor Arteaga, Victor Hernandez Santos, Giovanna Vazquez Martinez, Carmelo Gonzales Sanchez, Florina Lopez de Ruiz, and Maria Consuelo Olivares Ochoa, by and through their attorneys of record Law Offices of Brown & Gessell.

(ECF No. 32.) In light of the stipulation, these defendants are dismissed without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

On April 19, 2019, Plaintiff, Nautilus Insurance Company, by and through its attorneys of record Selman Breitman, LLP, filed a notice of voluntary dismissal of the following remaining defendants in this action:

- Adelina Campos de Morales, individually and on behalf of the Estate of Jose Morales Campos, deceased;
- Jose Morales Campos, son of decedent, Jose Morales Campos;
- Eva Marie Tamayo;
- Ana I Leyva;
- Fernando Morales Campos;
- Autobuses Coordinados U.S.A., Inc.;
- Mario David Vasquez;
- Eva Mariscal Lopez, individually and on behalf of Jaime de Los Santos;
- Vanesa De Los Santos, individually and on behalf of Jaime de Los Santos;
- Benjamin Acosta;
- Paula Gutierrez;
- Leonardo Sanchez Martinez;
- Juan Vasquez;
- Tres Estrella de Oro; and
- Futura Bus Net, Inc.

(ECF No. 33.) These remaining defendants have not filed either an answer or a motion for

summary judgment. Accordingly, in light of the notice, these remaining defendants are dismissed without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson*, 111 F.3d at 692.

Through the stipulation (ECF No. 32) and voluntary dismissal (ECF No. 33) all defendants in this action have been automatically dismissed, and the case has ended and is dismissed in its entirety without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson*, 111 F.3d at 692. Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated: __**April 23, 2019**__     /s/ *Erwin P. Grosj*
UNITED STATES MAGISTRATE JUDGE